**DEBTOR:** CR Montana Corporation     **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 15-22851-JGR     **FOR QUARTER ENDED:** 30-Sep-18

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER — $ 403,731.31
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES — 72,000.00
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS — ( 5,325.00 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT — $ 470,406.31

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ 0 | $ 114.81 | $ 114.81 |
| | Plan Trustee Expense | 0 | | |
| | Attorney Fees - Trustee | 0 | | |
| | Attorney Fees - Debtor | 0 | | |
| | Other Professionals | 5,000.00 | 5,000.00 | 5,000.00 |
| | Other Administrative Expenses | 325.00 | 2,281.04 | 2,281.04 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 0.00 | $ 7,395.85 | $ 7,395.88 |
| 2. | SECURED CREDITORS | $ 0 | | 0 |
| 3. | PRIORITY CREDITORS | $ 0 | | 0.00 |
| 4. | UNSECURED CREDITORS | $ 0.00 | 2,296.37 | 2,296.37 |
| 5. | EQUITY SECURITY HOLDERS | $ | | 470,406.31 * |
| 6. | Attach additional sheets as nece | $ | | 0 |
| | **TOTAL PLAN PAYMENTS** | $ 439.81 | $ 9,692.22 | $ 9,807.03 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 325.00 | July 25, 2018 | 1184 |

### PLAN STATUS:     Yes No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [X] [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.)   [X] [ ]
3. Projected date of application for final decree: 4th Quarter 2018

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: *[signature]* Atna Liquidating Trust for CR Montana Corporation

Kenneth J. Buechler, Trustee Liquidating Trust

Email & Phone: ken@bandglawoffice.com, 720-381-0045     Form 3
Rev. 12/10/200

\* Trustee will reallocate excess to other beneficiaries of the Atna Trust.